# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

| | | |
|---|---|---|
| CARL EVANS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 1:07-0070 |
| | ) | Judge Trauger |
| WINDSOR MOLD GROUP, | ) | Magistrate Judge Bryant |
| | ) | |
| Defendant. | ) | |

## O R D E R

On June 15, 2009, the Magistrate Judge issued a Report and Recommendation (Docket No. 32), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the defendant's Motion For Summary Judgment (Docket No. 17) is **GRANTED**, and this case is **DISMISSED**.

It is so **ORDERED.**

Enter this 20th day of July 2009.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　ALETA A. TRAUGER
　　　　　　　　　　　　　　　　　　U.S. District Judge